# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BARRON DANTE CRAWFORD

NO. 2024 KW 1243

**FEBRUARY 10, 2025**

---

In Re: Barron Dante Crawford, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5297-F-2023.

---

BEFORE: **PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with the requirements of Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include documentation of a timely request for a return date and any extensions to the return date. Further, relator failed to include a copy of the body camera footage that was introduced during the April 9, 2024 motion to suppress hearing or a statement indicating the exhibits are not relevant to the issues raised in this writ application. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**AHP**
**TPS**

**Calloway, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.